IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TONYA L SIMMONS,

    Plaintiff,

v.   CASE NO. 4:11-cv-00295-MP-GRJ

TOBY TROWBRIDGE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, which recommends that, pursuant to 28 U.S.C. § 1406(a), this case be transferred to the United States District Court for the Southern District of Mississippi, Jackson Division for all further proceedings.  Plaintiff has not objected to the recommendation, and the time for doing so has passed.  Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 3, is ACCEPTED and incorporated herein.

2. This case is TRANSFERRED to the United States District Court for the Southern District of Mississippi, Jackson Division.

**DONE AND ORDERED** this __20th__ day of July, 2011

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge